UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Walter Iturri Estupinan

    v.                                                      Case No. 23-cv-105-LM-AJ

FCI Berlin, Warden

ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 16, 2023.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk shall enter judgment and close the case.

_____
Landya B. McCafferty
United States District Judge

Date: November 14, 2023

cc: Walter Iturri Estupinan, pro se
    Anna Dronzek, Esq.